FORM VAN–093
REVISED 03/25/2011

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                 Case No.: 2:18–bk–03226–MCW

QUIANA CAPRICE MONIQUE THORNTON     Chapter: 7
9111 W Berkeley Rd
Phoenix, AZ 85037–4389
**SSAN:** xxx–xx–5682
**EIN:**

Debtor(s)

## ORDER REINSTATING CASE

The above–captioned Debtor(s) having filed a motion to reinstate this case pursuant to Bankruptcy Rule 9024; the case having been dismissed because required documents were not filed, filing fees were not paid, or due to administrative error. As Debtor(s) have now cured the deficiencies,

IT IS ORDERED that this case is reinstated.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** July 13, 2018                                    BY THE COURT

**Address of the Bankruptcy Clerk's Office:**      HONORABLE Madeleine C. Wanslee
U.S. Bankruptcy Court, Arizona                      United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov